ROSEMARY COOK (006842)
Law Office of Rosemary Cook, Inc.
818 North 5th Avenue
Phoenix, Arizona  85003
rosemarycook@juno.com
(602) 271-0588
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Bonjean, | No.  CV06-1490-PHX-DGC |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| Countrywide Home Loans, Inc., | |
| Defendant. | |

COMES NOW Plaintiff Mark Bonjean, by and through counsel undersigned, and pursuant to Federal Rule of Civil Procedure 41(a), dismisses the above-captioned case with prejudice.

Dated this 14th day of June 2006.

    s/ Rosemary Cook
Rosemary Cook
Attorney for Plaintiff